323-04/MEU/LJK

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
HBC Hamburg Bulk Carriers GmbH & Co. KG
80 Pine Street
New York, NY 10005
Telephone (212) 425-1900
Facsimile (212) 425-1901
Michael E. Unger (MU 0045)
Lawrence J. Kahn (LK 5215)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HBC HAMBURG BULK CARRIERS GMBH
& CO. KG,

                      Plaintiff,

-against-

PROTEINAS Y OLEICOS S.A. DE C.V.,

                      Defendant.
------------------------------------------------------------x

04 CIV _____ (    )

**RULE 7.1 STATEMENT**

    Plaintiff HBC HAMBURG BULK CARRIERS GMBH & CO. KG (hereinafter, "HBC"), by and through undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parent, and that no publicly-held corporation owns 10% or more of its stock.

Dated: New York, New York
       August 25, 2004

                                            FREEHILL HOGAN & MAHAR, LLP
                                            Attorneys for Plaintiff
                                            HBC Hamburg Bulk Carriers GmbH & Co. KG

                                            By: _____
                                                Michael E. Unger (MU 0045)
                                                Lawrence J. Kahn (LK 5215)

                                            80 Pine Street
                                            New York, NY 10005
                                            Telephone (212) 425-1900
                                            Facsimile (212) 425-1901

NYDOCS1/222651.1