UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
HBC HAMBURG BULK CARRIERS GMBH
& CO. KG,

04 CIV 6884 (NRB)

                Plaintiff,

**ORDER DIRECTING CLERK
TO ISSUE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

-against-

PROTEINAS Y OLEICOS S.A. DE C.V.,

                Defendant.
------------------------------------------------------------x

    Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 25th day of August, 2004, and the affidavit of Lawrence J. Kahn, sworn to on the 25th day of August, 2004, that to the best of his information and belief the Defendant PROTEINAS Y OLEICOS S.A. DE C.V. cannot be found within this district for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist,

    NOW, upon motion of Freehill Hogan & Mahar, LLP, attorneys for the Plaintiff, it is hereby

    **O R D E R E D** that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all assets of the Defendant as described therein in the possession, custody or control of, or being transferred through, Bank of New York and/or Credit Suisse and/or Bank of America N.A. and/or JP Morgan Chase Bank, or with any other garnishee(s) on whom a copy of the Order of Attachment may be served, in the amount of **$1,590,408.11** pursuant to Rule

B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
       August 25, 2004

_____
U.S.D.J.