UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

HBC HAMBURG BULK CARRIERS GMBH
& CO. KG,

04 CIV 6884 (NRB)

                    Plaintiff,

**ORDER APPOINTING SPECIAL PROCESS SERVER PURSUANT TO F.R.C.P. RULE 4(c)**

-against-

PROTEINAS Y OLEICOS S.A. DE C.V.,

                    Defendant.
------------------------------------------------------------x

An application having been made by counsel for Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of Michael E. Unger, sworn to on August 25, 2004, and good cause having been shown, it is hereby

**O R D E R E D** that Michael Unger, Lawrence Kahn, Andrea Campbell, Robert Ridenour, Joan Sorrentino, or any other partner, associate, paralegal or agent of Freehill Hogan & Mahar, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Attachment and Garnishment and the Verified Complaint, together with any interrogatories, upon the garnishee(s), together with any other garnishee(s) who (based upon information developed subsequent hereto by the Plaintiff) may hold assets for, or on account of, Defendant PROTEINAS Y OLEICOS, S.A. DE C.V.

Dated: New York, New York
        August 25, 2004

                                                        _____
                                                               U.S.D.J.