HEALY & BAILLIE, LLP
Jeremy J. O. Harwood (JH 9012)
Jack A. Greenbaum (JG 0039)
Jana N. Byron (JB 6725)
Attorneys for Defendant
Proteinas Y Oleicos S.A. De C.V. Merida
61 Broadway
New York, NY 10006
(212) 943-3980

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

HBC HAMBURG BULK CARRIERS GMBH & CO. KG,

         Plaintiffs,

-against-

PROTEINAS Y OLEICOS S.A. DE C.V. MERIDA,

         Defendants.

04 CV 6884 (NRB)
***ECF CASE***

## NOTICE OF GENERAL APPEARANCE

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel in this case for Defendant. I certify that I am admitted to practice in this Court.

Dated: New York, N Y
    September 23, 2004

Respectfully submitted,

HEALY & BAILLIE, LLP
Attorneys for PROTEINAS Y OLEICOS
S.A. DE C.V. MERIDA

By _/s/ Jeremy Harwood_
Jeremy J.O. Harwood (JH 9012)
61 Broadway
New York, NY 10006
(212) 943-3980

## CERTIFICATION

This is to certify that a copy of the same has been mailed and taxed to the following counsel of record on September 23, 2004:

TO:   FREEHILL HOGAN & MAHAR, LLP
      Attorneys for Plaintiff
      HBC Hamburg Bulk Carriers GmbH & Co. KG
      80 Pine Street
      New York, NY 10005
      212-425-1900
      212-425-1901 fax

*Jeremy [signature]*

268875.1

2