HEALY & BAILLIE, LLP
Jeremy J. O. Harwood (JH 9012)
Jack A. Greenbaum (JG 0039)
Attorneys for Defendant
Proteinas Y Oleicos S.A. De C.V. Merida
61 Broadway
New York, NY 10006
(212) 943-3980

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HBC HAMBURG BULK CARRIERS GMBH & CO. KG, | 04 CV 6884 (NRB) |
| Plaintiffs, | ***ECF CASE*** |
| -against- | **RULE 7.1 STATEMENT** |
| PROTEINAS Y OLEICOS S.A. DE C.V. MERIDA, | |
| Defendants. | |

Pursuant to Rule 7.1 of the local rules for the United States District Court for the Southern District of New York, Defendant, PROTEINAS Y OLEICOS S.A. DE C.V. MERIDA certifies that it has no parents, subsidiaries or affiliates, securities or other interests which are publicly held.

Dated:   New York, N Y
         November 9, 2004

                                        Respectfully submitted,
                                        HEALY & BAILLIE, LLP
                                        Attorneys for PROTEINAS Y OLEICOS
                                        S.A. DE C.V. MERIDA


                                  By    ___/s/ Jeremy J.O. Harwood___
                                        Jeremy J.O. Harwood (JH 9012)
                                        61 Broadway
                                        New York, NY 10006
                                        (212) 943-3980