```
WORK CLUSTER : NOT US   2                           TXN REPAIR
ACTION:          KEY: S07-4282-08264-01   MSG TYPE: UNST   WC: 10        RQST PRIO: 1     ActualPrio: 1           TP REPAIR
  Val:10/08/04        RqstMOP:DDA         RqstAdv:         BypsCrSpInstr:N  AdvAddr:BCMRMXMM              TP Rep Cnt: 1
  Chg:C     BeneChg:N  CredChg:N    Sender Org:   6        OFACOvr:                  ┌─── Debit Party ───────────────┐
  Amt:      5342,968.43 XfrTyp:TRF SRef:FX006337582-1  BRef:                          │ Dr D/10991186                 │
  Ccy:USD   FX Rate:              Mult/Div:            Priority:N                     │ CITIBANK - SI ROUTES CORRECTLY   RMB │
  FA SwiftAuthKey:              Legal Entity: NY        PayTime:  ;                   │ MERGED W/BCO NATL DE MEXICO/BANAMEX  HOP:DDA │
                                | CAR5808                                             │ APARTADO 87 BIS                 WC: 012 │
                                | NYFTA                                               │ MEXICO 1 D.F. MEXICO             DrAC:   │
                                | .NYSIDCB 081136                                     │                                          │
                                | TEST NR                                             │ Is this sender party? N    DrAUTH:       │
SWIFT Receiver:                 | 1136 08CITIUS33CXXX12435                            └──────────────────────────────────────────┘
SWIFT Sender:                   | 1036 08BNMXMXMMAPYM77034                            ┌─── Credit Party ─────────────────────────┐
CUSTCRTRF                       | 103 02                                              │ Cr D/10932792                      IBK  │
SNDREF                          | :20:FX006337582-1                                   │ BBVA BANCOMER S.A.                 HOP:DDA │
BKOPCODE                        | :23B:CRED                                           │ LIC CARLOS DE OVANDO   DIV INTL    Adv:SWI │
VD/CCY/AMT                      | :32A:041008USD342968,43                             │ AV UNIVERSIDAD NO 1200             WC: 007 │
CCYORIGAMT                      | :33B:USD342968,43                                   │ 03339 HEXICO D.F.                  CrAC:   │
ORG                             | :50K:PILGRIMS PRIDE SA DE CV                        │                                    FStyp:  │
DEBITFI                         | :53B:/10991186                                      └──────────────────────────────────────────┘
IBK                             | :56D:/10932792
                                | BBVA BANCOMER                                       ┌──────────────────────────────────────────┐
BBK                             | :57D:BBVA BANCOMER                                  │ 3rd N/                                   │
                                | MERIDA                                              │ BBVA BANCOMER             Adv:           │
BNF                             | :59:/012910001408623713                             │ MERIDA                           BBK    │
                                | PROTEINAS Y OLEICOS SA DE CV                        │                                          │
CHRGDETAILS                     | :71A:SHA                                            │                                          │
BBI                             | :72:/REC/SUC 855                                    │ ? Bnf X/012910001408623713              │
                                | -                                                   │ PROTEINAS Y OLEICOS SA DE CV     Adv:   │
MAC/29B62E59                                                                          │                                  Type: N │
CHK/BBB14D8B26EF                                                                      │                                   BNF    │
SAC                                                                                   └──────────────────────────────────────────┘

┌─ BBI ──────────────────┐     ┌─ Orig Bank Corr ─────┐
│ lrec|SUC 855           │     │  /                    │     ┌─ Org N/ ────────────────┐
│                        │     │                       │     │ PILGRIMS PRIDE SA DE CV │
│                        │     │                       │     │                         │
│                        │     │                       │     │                         │
│                        │     │ Bene's Bank    Adv:   │     │                         │
│ OBI                    │     │ /                     │     │ OBK S/BNMXMXMMPYM       │
│                        │     │                       │     │ BNMXMXMMPYM             │
│                        │     │                       │     │                         │
└────────────────────────┘     └───────────────────────┘     └─────────────────────────┘

OFAC hit
THE ERROR(S) FOUND ARE ONLY WARNINGS
```

*[handwritten]* TD: Mary M. Hacin

** TOTAL PAGE.01 **

```
ROLE CLUSTER : NO :  2                              TAN REPAIR                         24-Sep-04   08:28:28    Page 1 of 1
ACTION:           KEY: LCT-4268-00439-00   MSG TYPE: UNST    WC: 10      RQST PRIO: 1       ActualPrio: 1       TP REPAIR
    Val:09/24/04      RqstMOP:FDW        RqstAdv:WRE     BypsCrSpInstr:N   AdvAddr:                          TP Rep Cnt: 1
    Chg:X  BeneChg:N  CredChg:N        Sender Org:  14    OFACOvr:
    Amt:        511,968.01 XfrTyp:TRF  BRef:D26740028979   BRef:                      ┌──────────── Debit Party ────────────┐
    Ccy:USD   FX Rate:         Mult/Div:              Priority:N               │ Dr D/30488983                       │
    FA SwiftAuthKey:             Legal Entity:  NY     PayTime:  :              │ COGNIS CORPORATION          OBK     │
VAL DATE: 09/24/04                                                              │ ATTN ERIC WILCHER           MOP:DDA │
SRC: C/T   PURPOSE: TRF  SENDER REF: D26740028979       BNF REF:                │ 5051 ESTECREEK DRIVE        WC: 014 │
                                                                                │ CINCINNATI OH 45232         DrAC:   │
ROLE: ORG   MOP: UNDF   MOA: NOT SPEC                                           │                                     │
ID:   X/30488983                                                                │ Is this sender party? Y   DrAUTH:   │
NAME: COGNIS CORPORATION                                                        └─────────────────────────────────────┘
ADDR: 5051 ESTCREEK DRIVE              CINCINNATI, OH 45232-1447                ┌──────────── Credit Party ───────────┐
                                                                                │ Cr F/121000358              IBK     │
ROLE: OGB   MOP: DDA   MOA: NOT SPEC                                            │ BANK OF AMERICA             MOP:FDW │
ID:   D/30488983                                                                │ SAN FRANCISCO, CA           Adv:HAI │
NAME: COGNIS CORPORATION................                                        │                             WC: 010 │
ADDR: ATTN ERIC WILCHER.................  5051 ESTECREEK DRIVE............     │                             CrAC:   │
      CINCINNATI OH 45232...............  ............................         │                             FStyp:10│
                                                                                └─────────────────────────────────────┘
ROLE: IBK   MOP: FDW   MOA: MAIL                                                ┌─────────────────────────────────────┐
ID:   F/121000358                                                               │ 3rd X/8290327353                    │
NAME: BANK OF AMERICA           ...........                                     │ BANCO DEL BAJIO SA DE CV    Adv:    │
ADDR: SAN FRANCISCO, CA..................  ............................        │ 011 CELAYA, GTO.            BBK     │
      .................................. ............................          │                                     │
                                                                                └─────────────────────────────────────┘
ROLE: BBK   MOP: UNDF   MOA: NOT SPEC                                           ┌─────────────────────────────────────┐
ID:   X/6290327353                                                              │ ? Bnf X/09860000401                 │
NAME: BANCO DEL BAJIO SA DE CV                                                  │ PROTEINAS Y OLEICOS SA DE CV  Adv:  │
ADDR: 011 CELAYA, GTO.                                                          │                               Type: N│
                                                                                │                               BNF   │
                                                                                └─────────────────────────────────────┘

┌──────────────────────────┐   ┌──────────────────────────┐
│ BBI                      │   │ Orig Bank Corr           │
│                          │   │ /                        │
│                          │   │                          │       ┌─────────────────────────────────────┐
│                          │   │                          │       │ Org X/30488983                      │
│                          │   │                          │       │ COGNIS CORPORATION                  │
│                          │   │                          │       │ 5051 ESTCREEK DRIVE                 │
│                          │   │                          │       │ CINCINNATI, OH 45232-1447           │
│                          │   │ Bene's Bank       Adv:   │       │                                     │
│ OBI  PAYMENT             │   │ /                        │       │ OBk /                               │
│      INV Z 12083         │   │                          │       │                                     │
│                          │   │                          │       │                                     │
└──────────────────────────┘   └──────────────────────────┘       └─────────────────────────────────────┘

OFAC hit
THE ERROR(S) FOUND ARE ONLY WARNINGS
```

TO: Mary Mihalik

** TOTAL PAGE.01 **

```
WORK CLUSTER : EPS       5              TXN VERIFY              20-SEP-04  18:26:07   Page 1 of 1
  ACTION:         KEY: F05-4264-01547-01   MSG TYPE: UNBT   WC: 10   RQST PRIO: H   ActPrio: LRepOper: WILLARD      TP REPAIR
  Val:09/20/04          RqstMOP:DDA        RqstAdv:         BypsCrSpInstr:N   AdvAddr:BCHRHXHH                      TP Rep Cnt:1
X Chg:R    BeneChg:N  CredChg:N        Sender Org:  5      OFAC Ovrd:0                    ┌─ Debit Party ─────────────┐
  Amt:           $36,526.90  XfrTyp:TRF SRef:    FTD426400349 BRef:                        │ Dr F/066010597            │
  Ccy:USD    FX Rate:              Mult/Div:            Priority:N                         │ BANSANINTL             OBK│
  FA SwiftAuthKey:              Legal Entity:  NY       PayTime: :                         │                     MOP:FDW│
DISP:   {1100} 02P N                                                                       │                      WC: 005│
TIME:   {1110} 09201458FT01                                                                │                      DrAC: │
OMAD:   {1120} 20040920B1Q8022R00544709201458FT01                                          │ Is this sender party? N  DrAUTH: │
TYPE:   {1510} 1000                                                                        └───────────────────────────┘
IMAD:   {1520} 20040920F6QC291C000037                                                      ┌─ Credit Party ────────────┐
AMOUNT: {2000} 000003652690                                                                │ Cr D/110932782          IBK│
SENDER: {3100} 066010597BANSANINTL                                                         │ BBVA BANCOMER S.A.    MOP:DDA│
SREF:   {3320} FTD426400349                                                                │ LIC CARLOS DE OVANDO  DIV INTL  Adv:SHI│
RCVR:   {3400} 021000089CITIBANK NYC                                                       │ AV UNIVERSIDAD NO 1200  WC: 007│
FUNC:   {3600} CTR                                                                         │ 03339 MEXICO D.F.     CrAC: │
BBK:    {4100}                                                                             │                       FStyp:│
               BBVA BANCOMER                                                               └───────────────────────────┘
               MERIDA YUCATAN
               MEXICO
BNF:    {4200}                                                                             ┌───────────────────────────┐
               D014086237 1                                                                │ 3rd N/                Adv:│
               PROTEINAS Y OLEICOS SA DE CV                                                │ BBVA BANCOMER             │
ORG:    {5000} D265692811                                                                  │ MERIDA YUCATAN         BBK│
               TRON HERMANOS, S.A. DE C.V.                                                 │ MEXICO                    │
               ATTN: SR GERARDO ORTIZ MARTINEZ                                             │                           │
               EJE NORTE SUR 461, CIUDAD INDUSTRIAL                                        │ Bnf N/                    │
               58200 MORELIA, MICH. MEXICO                                                 │ D014086237 1          Adv:│
OBI:    {6000} PAGO DE FACTURAS NO Z13608                                                  │ PROTEINAS Y OLEICOS SA DE CV │
               Z 13575                                                                     │                     Type: N│
                                                                                           │                       BNF│
                                                                                           └───────────────────────────┘

┌─ BBI ─────────────────┐   ┌─ Orig Bank Corr ──────┐
│                       │   │  /                    │
│                       │   │                       │   ┌───────────────────────────┐
│                       │   │                       │   │ Org X/265692811           │
│                       │   │                       │   │ TRON HERMANOS, S.A. DE C.V. ATTN: S│
│                       │   │                       │   │ R GERARDO ORTIZ MARTINEZ EJE NORTE│
│                       │   │                       │   │ SUR 461 CIUDAD INDUSTRIAL 58200 MOR│
│                       │   │ Bene's Bank    Adv:   │   │X                          │
│ OBI  PAGO DE FACTURAS NO Z13608 Z │ /             │   │ OBk /                     │
│ 13575                 │   │                       │   │                           │
└───────────────────────┘   └───────────────────────┘   └───────────────────────────┘

1(014,088)
```

TO: MARY MIHAVIK

** TOTAL PAGE.01 **