DEC.14'2004 09:40          FREEHILL & HOGAN          #4850 P.002



**Bank of America**

December 9, 2004

**Via Hand Delivery**

Michael E. Unger, Esq.
FREEHILL, HOGAN & MAHAR
80 Pine Street, 24th Floor
New York, New York 10005-1759

Re:   **YOUR REF: 323-04/MEU**
      HBC Hamburg Bulk Carriers GmbH & Co. KG v. Proteinas y Oleicos S.A. de C.V.,
      U.S. District Court, Southern District of New York,
      Case No. 04 Civ. 6884 (NRB)

Dear Mr. Unger:

This letter is in response to your Subpoena in a Civil Case & Subpoena Duces Tecum in the referenced action (the "Subpoena"), delivered December 1, 2004 to this office of Bank of America, N.A. (named therein as, "Bank of America")("BANA"), 40 West 57th Street, New York, New York (see, copy affixed hereto).

Enclosed please find **BANA's First Production of Documents to Subpoena**, consisting of wire payment instructions describing payments frozen by BANA, as the result of your firm's service during August 26 and 27, 2004, of U.S. District Court Judge Buchwald Order of Process of Maritime Attachment and Garnishment, toward assets of defendant Proteinas y Oleicos S.A. de C.V., as follows:

1. U.S.$100,000.00 wire transfer, dated August 26, 2004, Originator: Scotiabank Inverlat S.A., Mexico; Credit: SFO Bank of America San Francisco New York, A/C#65506-00078; Pay Thru Bank: Banco del Bajio S.A., A/C#6290327353; Beneficiary: Proteinas y Oleicos SA de CV, A/C#09960900401.

2. U.S.$53,682.21 wire transfer, dated August 26, 2004, Originator/Ordering Bank: Malta Texo de Mexico.; Debit/Sending Bank: Citibank New York, A.B.A.#021-000-089; Credit/Receiving Bank: SFO Bank of America San Francisco New York, A/C#65506-00078; Pay Thru Bank: Banco del Bajio S.A., A/C#62903-27353; Beneficiary: Proteinas y Oleicos, SA de CV, A/C#09960900401.

3. U.S.$29,104.31 wire transfer, dated August 30, 2004, Originator/Ordering Bank: Cargill de Mexico S.A. de C.V.; Debit/Sending Bank: Cargill de Mexico S.A. de C.V., BankAmerica EDI Services A/C#19018-40677; Credit/Receiving Bank/Pay Thru Bank: Banco del Bajio S.A., Bank of America A/C#62903-27353; Beneficiary: Proteinas y Oleicos, SA de CV, A/C#09960900401.


Official Sponsor

Ltr./Unger, Esq.
FREEHILL, HOGAN & MAHAR
December 9, 2004
Page 2

4. U.S.$229,138.93 wire transfer, dated August 30, 2004, Originator/Ordering Bank: Cargill de Mexico S.A. de C.V.; Debit/Sending Bank: Cargill de Mexico S.A. de C.V., BankAmerica EDI Services A/C#19018-40677; Credit/Receiving Bank/Pay Thru Bank: BBVA Bancomer SA Mexico, Bank of America A/C#62906-92210; Beneficiary.: Proteinas y Oleicos, SA de CV, A/C#012910001408623713.

5. U.S.$33,539.43 wire transfer, dated September 1, 2004, Originator/Ordering Bank: Cargill de Mexico S.A. de C.V.; Debit/Sending Bank: Cargill de Mexico S.A. de C.V., BankAmerica EDI Services A/C#19018-40677; Credit/Receiving Bank/Pay Thru Bank: Banco del Bajio, S.A., Bank of America A/C#62903-27353; Beneficiary.: Proteinas y Oleicos, SA de CV, A/C#030215099609004011.

6. U.S.$7,500.00 wire transfer, dated September 15, 2004, Originator: Proteinas y Oleicos SA de CV; Debit/Sending Bank: Banco del Bajio S.A., A/C#62903-27353; Pay Thru Bank: HSBC Bank USA, New York NY, A.B.A#021-001-088; Beneficiary.: Healy & Baillie LLP, New York NY; Originator to Beneficiary Information: HBV y Proteinas Joh Jag.

7. U.S.$8,170.00 wire transfer, dated November 1, 2004, Originator: Proteinas y Oleicos SA de CV; Debit/Sending Bank: Banco del Bajio S.A., A/C#62903-27353; Beneficiary's Bank: Bank One, N.A. Columbus Ohio; Beneficiary: Duraloy Technolgies Inc., Columbus, Ohio, A/C#43271-1862.

Very truly yours,

Mark F. Borowski
Assistant Vice President;
Paralegal
646.313.8139

Enclosures
Doc.#00707232

323-04/MEU

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF NEW YORK

SUBPOENA IN A CIVIL CASE &
SUBPOENA DUCES TECUM

CASE NUMBER: 04 CIV 6884 (NRB)

HBC Hamburg Bulk Carriers GmbH & Co. KG
  Plaintiff,

v.

Proteinas y Oleicos S.A. de C.V.
  Defendant.

TO:   Bank of America
      335 Madison Avenue
      New York, NY 10017
      Attn: Mark Borowski

[Stamp: RECEIVED DEC 1 2004 BANK OF AMERICA, N.A. LEGAL DEPARTMENT NY] By Hand

☐ YOU ARE COMMANDED to appear in the US District Court at the place, date, and time specified below to testify in the above case

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |

YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
|  |  |

☒ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date and time specified below (list documents or objects): **ANY AND ALL RECORDS pertaining to funds being held pursuant to the Process of Maritime Attachment and Garnishment served in the above-listed action, including but not limited to wire transfer instructions, transaction reports, documents indicating the correspondent relationship with each sending and receiving bank, the relationship between each back to the transferor and transferee, and correspondence referencing the transfers, restraint, and relationship between the banks, transferor and transferee.**

| PLACE | DATE AND TIME |
|---|---|
| Freehill, Hogan & Mahar LLP<br>80 Pine Street<br>New York, NY 10005-1759 | November 22, 2004 |

*In lieu of appearing you can mail us the records by the date stated above.

NYDOCS1/227779.1

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* Michael E. Unger, Attorney for Defendant | November 11, 2004 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Michael E. Unger, Freehill, Hogan & Mahar LLP
80 Pine Street, NYC, NY 10005-1759 - Tel: (212) 425-1900

This subpoena is issued upon application of the   Questions May be Addressed to: Michael E. Unger, Freehill Hogan & Mahar, 80 Pine Street, NYC, NY 10005-1759 – Tel: 212-425-1900,

[ ] Plaintiff   [X] Defendant   [ ] U.S. Attorney

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |
| SERVED ON (PRINT NAME) | | MANNER OF SERVICE |
| SERVED BY (PRINT NAME) | | TITLE |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____           _____
              Date                      SIGNATURE OF SERVER

                                        _____
                                        ADDRESS OF SERVER

                                        _____

Additional Information

NYDOCS1/227779.1

```
DEC.14'2004 09:41           FREEHILL & HOGAN              #4850 P.006
AUG 26 2004 04:28 FR                          TO 917046025721    P.02


< < < M T I SYSTEM > > >NORMAL DELIVERY              OUTPUT SEQ # 1

DLVR TO

RCVD FROM SCOTIABANK INVERLAT SA, INSTITUCIONDE BANCA      FRAC BOSQUES DE LAS
SENDER'S DDA # 1315005612
                                        *** Message: TESTED. ***

TRN REF #: 040826-061201
-----------------------------------------------------------------------
     **** MESSAGE ENVELOPE ****                  ( Bank : CAL )


SRC:WAN CALLER:                                EXT:
RPT#         AMT:100,000.00          CUR:USD                    TRDR#
TEST: {} VAL:04/08/26                TYP:FTR/   FNDS:S CHG:DB:Y CD:Y COM:N CBL:N
-----------------------------------------------------------------------
DBT D/1315005612/                    CDT G/1070811998200/         ADV:WIR
SCOTIABANK INVERLAT, S.A.            SFO BANK OF AMERICA SAN FRANCISCO
FRACCIONAMIENTO BOSQUES DE LASLOMAS  NEW YORK
DELEGACION MIGUEL HIDALGO
C.P. MEXICO 11700                    SPECIAL INSTRUCTIONS:
SEND:D/1315005612/                   WARNING: ADV TYPE MUST BE WIR.
SCOTIABANK INVERLAT SA, INSTITUCION  WARNING: NO TWO-PARTY CREDITS.
DE BANCA         FRAC BOSQUES DE LAS IF NO BNF, TYPE YOURSELVES.
LOMAS DELEGACION MIGUEL HIDALGO      BNF:/6550600078                CHG:  BK?Y
C.P. 11700 MEXICO, D.F., MEXICO      SFO BANK OF AMERICA SAN FRANCISCO
SNDR REF NUM:487447200               NEW YORK
REF NUM:040826PGMA9125WW
ORIG:                                ORIG TO BNF INFO:
SCOTIABANK INVERLAT S.A              BO. PROTEINAS Y OLEICOS SA DE CV
LORENZO BOTURINI 202, COL. TRANSITO  FFCPROTEINAS Y OLEICOS SA CV
MEXICO, D.F. C.P. 06820              CTA09960900401
MEXICO


                         Message Text
Unknown Message Format

     BCA124404
     XX TMTA
     .PGMA MTP:100



     {STX}
     YZYZ
     FROM:/DD-1315005612
          SCOTIABANK INVERLAT, SA
          BOSQUES DE CIRUELOS 120
          BOSQUES DE LAS LOMAS
          MEXICO, D.F. CP. 11700
     TO:  /NA-TMTA
          BANK OF AMERICA
          DEFAULT BRANCH 0
     DATE:040826

     ::100 CUSTOMER TRANSFER
     PLEASE PAY
```

DEC.14'2004 09:42                    FREEHILL & HOGAN                    #4850 P.007
AUG 26 2004 04:29 PR

```
:15 TEST KEY:{}

:20 SENDERS REF:487447200
:30 VALUE DATE:040826 26AUG04
:32 AMOUNT:
USD 100,000.00

:50 ORIGINATOR:
SCOTIABANK INVERLAT S.A
LORENZO BOTURINI 202, COL. TRANSITO
MEXICO, D.F. C.P. 06820
MEXICO
:57D PAY THRU:/DD-6290327353
BANCO DEL BAJIO S.A.
:59 BENEFICIARY:/DD-09960900401
PROTEINAS Y OLEICOS SA CV         <----
:70 BENEF INFO:
BO. PROTEINAS Y OLEICOS SA DE CV  <----
FFCPROTEINAS Y OLEICOS SA CV      <----
CTA09960900401
:72 RECEIVER INFO:
/ACC/SUCCELAYA,GTO
{ETX}
AMI:040826PGMA8125WWBB
GMDB8864 08261321


    MESSAGE HISTORY SEQUENCE
----------------------------------------
:AL the owning bank is in timezone PDT (+00 hours). Priority: 3  Delivery ACK:
        REF_INDEX          REF #: 040826061201   26-AUG-2004 13:21:22.72
        GMB_RCV            SEQ #: 124404 26-AUG-2004 13:21:22.72 Info:
JH5U16KK7L6M
        SENDREFNDX         KEY: 487447200
        GMDINQ             DEQ TEXT: 040826061201
        *SYS_MEMO          Passed RAF CAP Authentication
        *ADR_ADM_LOG       ENQ TEXT:
        *SYS_MEMO          Mapped FROM: to SBK D/1315005612
: BEGIN DESTINATION (1)
    RTE: */
    DST: //////
: END DESTINATION
        ISOINQ             DEQ TEXT: 040826061201
        MFE_OUTQ           DEQ TEXT: 040826061201
        MFE_MSGS           INTERFACE ID: 0134-000565  ITEM TYPE: ADM
                           SENDER REF: 040826061201
        *SYS_MEMO          CPD: NOF acct D/6290327353 uses SFO unit
        *SYS_MEMO          CPD: Sending message to SFO for processing
        *SYS_MEMO          CPD: Inserting G/1070811998200 over BBK
        *SYS_MEMO          Message checked by STOP filter - 26-AUG-2004 13:21:
3.73
        *SYS_MEMO          MATCH REF: ENT/2418(OFAC)
        *SYS_MEMO          PROTEINAS Y OLEICOS in BNF ADDRESS
        *SYS_MEMO          MATCH REF: ENT/2418(OFAC)
        *SYS_MEMO          PROTEINAS Y OLEICOS in ORIG TO BNF INFO
        *SYS_MEMO          MATCH REF: ENT/2418(OFAC)
        *SYS_MEMO          PROTEINAS Y OLEICOS in FLD 59
        *SYS_MEMO          MATCH REF: ENT/2418(OFAC)
        *SYS_MEMO          PROTEINAS Y OLEICOS in FLD 70
        *SYS_MEMO          Multiple warnings - see history
```

DEC.14'2004 09:42                    FREEHILL & HOGAN                    #4850 P.008

```
< < < M T I SYSTEM > > >NORMAL DELIVERY                    OUTPUT SEQ # 1

DLVR TO

RCVD FROM CITIBANK                   NEW YORK, NEW YORK
SENDER'S DDA #
                                     *** Message: NOT TESTED. ***

TRN REF #: 040826-061880
-----------------------------------------------------------------------
       **** MESSAGE ENVELOPE ****              ( Bank : CAL )


SRC:FED CALLER:                                       EXT:
RPT#          AMT:53,682.21         CUR:USD                     TRDR#
TEST: {} VAL://                     TYP:FTR/   FNDS:S CHG:DB:N CD:Y COM:N CBL:N
-----------------------------------------------------------------------
DBT A/021000089                     CDT G/1070811998200/            ADV:WIR
CITIBANK                            SFO BANK OF AMERICA SAN FRANCISCO
NEW YORK, NEW YORK                  NEW YORK

SNDR REF NUM:LCK42390634600         SPECIAL INSTRUCTIONS:
ORDERING BNK:/36169254              WARNING: ADV TYPE MUST BE WIR.
MALTA TEXO DE MEXICO                WARNING: NO TWO-PARTY CREDITS.
ATTN CARLOS MUNOZ CALDERON          IF NO BNF, TYPE YOURSELVES.
PONIENTE 134 NO.786                 BNF:/6290327353          CHG:   BK?N
COL INDUSTRIAL VALLEJO, MEXICO DF   PROTEINAS Y OLEICOS, S.A. DE C.V.
ORIG:/36169254
MALTA TEXO DE MEXICO
PONIENTE 134 NO 786                 ORIG TO BNF INFO:
COL INDUSTRIAL VALLEJO              PAGO FACTURA Z11704,12104,12105
                                    11287 MLTX BAJIO
                                    /ACC/ABONO CTA.09960900401 PZA
                                    .011


       **** CREDIT PAYMENT MESSAGE TEXT ****

                         Message Text
Destination:
       G/1070811998200/
       SFO BANK OF AMERICA SAN FRANCISCO
       NEW YORK

Customer Transfer                                      (TYPE: 100)

          ::100
:20:      /Transaction Reference Number:
          040826061880
:32A:     /Value Date, Currency, Amount:
          Date: 04/08/26 53,682.21 USD
:50:      /Ordering Customer:
          /36169254
          MALTA TEXO DE MEXICO
          PONIENTE 134 NO 786
          COL INDUSTRIAL VALLEJO
:52D:     /Ordering Institution:
          /36169254
          MALTA TEXO DE MEXICO
          ATTN CARLOS MUNOZ CALDERON
```

```
              PONIENTE 134 NO.786
              COL INDUSTRIAL VALLEJO, MEXICO DF
:53B:         /Sender's Correspondent:
              /7484146000
:59:          /Beneficiary Customer:
              /6290327353
              PROTEINAS Y OLEICOS, S.A. DE C.V.
:70:          /Details of Payment:
              /RFB/LCK42390634600 PAGO FACTURA
              Z11704,12104,12105 11287 MLTX BAJIO
              /ACC/ABONO CTA.09960900401 PZA.011
:72:          /Sender to Receiver Information:
              /IMAD/20040826B1Q8024C004974
              /SOF/FW///021000089
              /INS/FW021000089
```

{1100} Message Disposition:
    Format Version:            02 (New expanded format)
    Test Production Code:      P  (Production)
    Msg Duplication Code:         (Original incoming msg)
    Msg Status Indicator:      N  (Incoming msg)

{1110} Acceptance Timestamp:
    Date:                      08/26
    Time:                      16:27
    Application Id:            FT01

{1120} OMAD:
    Output cycle date:         2004/08/26
    Output Destination Id:     L1LFBF1R
    Output sequence number:    006442
    Output date:               08/26
    Output time:               16:27
    Output application Id:     FT01

{1510} Type/Subtype Code:
    Type Code:                 10 (Transfer of funds)
    Subtype Code:              00 (Regular transfer)

{1520} IMAD:
    Input Cycle date:          2004/08/26
    Input Source id:           B1Q8024C
    Input Sequence number:     004974

{2000} Amount:                     $53,682.21

{3100} Sending Bank:
    ABA number:                021000089
    Short name:                CITIBANK NA
    ABA lookup (REL):          CITIBANK
                               NEW YORK, NEW YORK

{3320} Sender Reference:           LCK42390634600

{3400} Receiving Bank:
    ABA number:                121000358
    Short name:                BK AMER SF
    ABA lookup (AUX):          BANK OF AMERICA, N.A., CA
                               SAN FRANCISCO, CA

DEC.14'2004 09:42                    FREEHILL & HOGAN         TO 917046825721    #4850 P.010
AUG 26 2004 05:05 FR                                                              P.04

```
{3600} Business Function Code:           CTR (Customer transfer)

{4200} Beneficiary:                      D/6290327353
                                         PROTEINAS Y OLEICOS, S.A. DE C.V.

{5000} Originator:                       D/36169254
                                         MALTA TEXO DE MEXICO
                                         PONIENTE 134 NO 786
                                         COL INDUSTRIAL VALLEJO

{5100} Originator's Bank:                D/36169254
                                         MALTA TEXO DE MEXICO
                                         ATTN CARLOS MUNOZ CALDERON
                                         PONIENTE 134 NO.786
                                         COL INDUSTRIAL VALLEJO, MEXICO DF

{6000} Originator to Beneficiary Info:   PAGO FACTURA Z11704,12104,12105
                                         11287 MLTX BAJIO

{6400} Beneficiary Info:                 /ACC/ABONO CTA.09960900401 PZA
                                         .011


    MESSAGE HISTORY SEQUENCE
    -----------------------------------
CAL the owning bank is in timezone PDT (+00 hours). Priority:    Delivery ACK:
        REF_INDEX          REF #: 040826061880  26-AUG-2004 13:26:33.33
        FEDSNAIN1          SEQ #: 55725 26-AUG-2004 13:26:33.33
        FEDIN1             SEQ #: 6442 26-AUG-2004 13:26:33.34
        FLASHRCV           ABA: 021000089   FED REF:   LCK42390634600
                           IMAD: 0826B1Q8024C004974082B1627FT01
        FEDINQ         DEQ TEXT:
        FEDIN_LOG          AMT: 53682.21 TIME: 26-AUG-2004 13:26:33.55
        ABA_INDEX          KEY: 021000089
        *SYS_MEMO          CPD: NOF acct D/6290327353 uses SFO unit
        *SYS_MEMO          CPD: Sending message to SFO for processing
        *SYS_MEMO          CPD: Inserting G/1070811998200 over BNF
        *SYS_MEMO          Field 70 text modified using Abbreviation/Deletion
routine.
        *SYS_MEMO          Message checked by STOP filter - 26-AUG-2004 13:26:
34.01
        *SYS_MEMO          MATCH REF: ENT/2418(OFAC)
        *SYS_MEMO          PROTEINAS Y OLEICOS in BNF ADDRESS
        *SYS_MEMO          MATCH REF: CHP/2988()
        *SYS_MEMO          MUNOZ CARLOS in OBK ADDRESS
        *SYS_MEMO          MATCH REF: ENT/2418(OFAC)
        *SYS_MEMO          PROTEINAS Y OLEICOS in FLD 4200
        *SYS_MEMO          MATCH REF: CHP/2988()
        *SYS_MEMO          MUNOZ CARLOS in FLD 5100
        *SYS_MEMO          Multiple warnings - see history
        *SYS_MEMO          *MRH/*MR/MAP/   /Y/$$$MAP
        *GL_INQ_CDT        INQ_CDT  AMOUNT: 53682.21
        RAM_PVT_Q      DEQ TEXT: 040826061880AMOUNT: 53682.21
        Memo: MAP
        RAM_SRF            KEY: 040826061880MAP1
        RAM_FED_RCV        AMT: 53682.21 TIME: 26-AUG-2004 13:26:34.93
        RAM_OUT            SEQ #: 40767 26-AUG-2004 13:26:34.90 Info:
40826061880MAP1 FN
        RAM_SND            SEQ #: 40767 26-AUG-2004 13:26:34.90 Info:
```

** TOTAL PAGE.04 **

```
DEC.14'2004 09:43                    FREEHILL & HOGAN              #4850 P.011
AUG 26 2004 22:33 FR                                      TO 917045023121


< < < MTF SYSTEM > > >NORMAL DELIVERY                  OUTPUT SEQ # 1

DLVR TO

RCVD FROM BANKAMERICA EDI SERVICES 196401455 MARKET ST, 16TH FLOOR
SENDER'S DDA #
                              *** Message: NOT TESTED. ***

TRN REF #: 040827-055557
-------------------------------------------------------------------
      **** MESSAGE ENVELOPE ****          ( Bank : MIA )

SRC:ECS CALLER:                                EXT:   SND DATE:04/08/30
RPT#       AMT:29,104.31       CUR:USD                    TRDR#
TEST: {} VAL:04/08/30          TYP:FTR/   FNDS:S CHG:DB:N CD:N CUM:N CBL:N
------------------------------------------     ---------------------------
DBT D/1901840677/                 CDT D/SFO:6290327353/          ADV:SWF
CARGILL DE MEXICO S.A.DE C.V.     BANCO DEL BAJIO, S.A.
AV. PROLONGACION, PASEO DE LA     PASEO DEL MORAL NO 506
REFORMA, 1015 PUNTA SANTA FE, TORRE  LEON GUANAJUATO CP 37160
A P-3 DESARROLLO SANTA FE, MEXICO MEXICO
SEND:U/ECSA                       BNF:/030215099609004011        CHG:O BK?N
BANKAMERICA EDI SERVICES 19640    PROTEINAS Y OLEICOS SA DE CV
1455 MARKET ST, 16TH FLOOR        EMPTY              ZZ          US
SAN FRANCISCO, CALIFORNIA
SNDR REF NUM:13682040017291
REF NUM:RETU136820400172
ORIG:
CARGILL DE MXICO, S.A. DE C.V.
AV PROLONGACION PASEO REFORMA 1015
MEXICO         DF          MX


                        SWIFT Message Text

Input time: GM:No      Input sequence number:
      8/33
      Account not on file

Output time: XX: E     Output sequence number:
      S/
      Account not on file

Invalid Message Type                               (TYPE: .EC)

          ::103
:20:    /Transaction Reference Number:
          13682040017291
:23B:   /Type and Style of the Option:
          CRED
:32A:   /First Amount:
          Date: 04/08/30 29,104.31 USD
:50K:   /Ordering Customer:
          CARGILL DE MXICO, S.A. DE C.V.
          AV PROLONGACION PASEO REFORMA 1015
          MEXICO       DF        MX
:53D:   /Sender's Correspondent:
          /1901840677
          CARGILL DE MXICO, S.A. DE C.V.       C
```

```
DEC.14'2004 09:43                     FREEHILL & HOGAN              #4850 P.012
AUG 26 2004 22:33 FR

:57A:   /Account With:
        S/BJIOMXML
        BANCO DEL BAJIO, S.A.
        COL. JARDINES DEL CAMPESTRE: 508, A
        V. MANUEL J. CLOUTHIER
        LEON,MX
:59:    /Beneficiary Customer:
        /030215099609004011
        PROTEINAS Y OLEICOS SA DE CV
        EMPTY              ZZ             US
:71A:   /Details of Charges:
        OUR
        (ETX)
        AMI:METU136820400172913
        ECSA740884 08270651
        ECSA740884 08270651


        MESSAGE HISTORY SEQUENCE
        ------------------------
MTA the owning bank is in timezone EDT (+03 hours). Priority: 3  Delivery ACK:
        REF_INDEX         REF #: 040827055557  27-AUG-2004 09:50:19.36
NYK     GMD_RCV           SEQ #: 439433 27-AUG-2004 09:50:19.33 Info:
1R3Q268G98DN
        SENDERFNDX        KEY: 13682040017291
NYK     GMDINO            DEQ TEXT: 040827055557
        *ADM_ADM_LOG      ENQ TEXT:
        *SYS_MEMO         Cross-banked NAMT to MTA.
* BEGIN DESTINATION (1)
    RTE: */
    DST: //////
* END DESTINATION.
NYK     MFB_OUTQ          DEQ TEXT: 040827055557
        ISOINQ            DEQ TEXT: 040827055557
NYK     MFB_MSGS          INTERFACE ID: 0122-000806  ITEM TYPE: ADM
                          SENDER REF: 040827055557
        *SYS_MEMO         CPD: BBK (B) Preservation: S/BJIOMXML
        *SYS_MEMO         Credit party SBJIOMXML substituted D/6290327353/
        *SYS_MEMO         Message checked by STOP filter - 27-AUG-2004 06:50:
22.59
        *SYS_MEMO         MATCH REF: ENT/3360(OFAC)
        *SYS_MEMO         PROTEINAS Y OLEICOS in BNB ADDRESS
        *SYS_MEMO         MATCH REF: ENT/3360(OFAC)
        *SYS_MEMO         PROTEINAS Y OLEICOS in FLD 59
        *SYS_MEMO         Multiple warnings    see history
        *SYS_MEMO         *MRH/*MR/MAP/     /Y/$$$ISO
        *MISC_DBT         MISC AMOUNT: 29104.31
SFO     *MISC_CDT         MISC AMOUNT: 29104.31
NYK     PUT_OFPQ          DEQ TEXT: 040827055557AMOUNT: 29104.31
        *SYS_MEMO         Moved to hold queue. NYKJMO 27-AUG-2004 06:57:17.83
NYK     OFP_HLDQ          ENQ TEXT: 040827055557AMOUNT: 29104.31
```

```
DEC.14'2004 09:43                                              #4850 P.013
AUG 26 2004 22:32 FR          FREEHILL & HOGAN       TO 917046025721   P.06


< < < MTF SYSTEM > > >NORMAL DELIVERY              OUTPUT SEQ # 1

DLVR TO

RCVD FROM BANKAMERICA EDI SERVICES 196401455 MARKET ST, 16TH FLOOR
SENDER'S DDA #
                                     *** Message: NOT TESTED. ***

TRN REF #: 040827-055555
-----------------------------------------------------------------
    **** MESSAGE ENVELOPE ****         ( Bank : MIA )

SRC:ECS CALLER:                              EXT:   SND DATE:04/08/30
RPT#        AMT:229,138.93      CUR:USD                    TXDR#
TEST: {} VAL:04/08/30           TYP:FTR/  FNDS:S CHG:DB:N CD:N COM:N CBL:N
-----------------------------------------------------------------
DBT D/1901840677/                CDT D/SFO:6290692210/        ADV:WIR
CARGILL DE MEXICO S.A. DE C.V.   BBVA BANCOMER SA MEXICO D
AV. PROLONGACION, PASEO DE LA    MONTES URALES NO 620
REFORMA, 1015 PUNTA SANTA FE, TORRE MEXICO DF 11000, MEXICO
A P-3 DESARROLLO SANTA FE, MEXICO SPECIAL INSTRUCTIONS:
SEND:U/ECSA                      (FRMLY:BCO BILBAO VISCAYA-MEXICO
BANKAMERICA EDI SERVICES 19640   SA)
1455 MARKET ST, 16TH FLOOR
SAN FRANCISCO, CALIFORNIA        RNF:/012910001408623713      CHG:O BK?N
SNDR REF NUM:13691940017290      PROTEINAS Y OLEICOS SA DE CV
REF NUM:HSTU136819400172         EMPTY              ZZ        US
ORIG:
CARGILL DE MXICO, S.A. DE C.V.
AV PROLONGACION PASEO REFORMA 1015
MEXICO        DF         MX


                        SWIFT Message Text

Input time: GM:N4      Input sequence number:
       S/33
       Account not on file

Output time: XX: E     Output sequence number:
       S/
       Account not on file

Invalid Message Type                          (TYPE: .EC)

       ::103
 :20:  /Transaction Reference Number:
        13691940017290
 :23B: /Type and Style of the Option:
        CRED
 :32A: /First Amount:
        Date: 04/08/30 229,138.93 USD
 :50K: /Ordering Customer:
        CARGILL DE MXICO, S.A. DE C.V.
        AV PROLONGACION PASEO REFORMA 1015
        MEXICO         DF         MX
 :53D: /Sender's Correspondent:
        /1901840677
        CARGILL DE MXICO, S.A. DE C.V.    C
```

```
:57A:   /Account With:
        S/BCMRMXMM
        BBVA BANCOMER, S.A.
        1200, AVENIDA UNIVERSIDAD
        MEXICO,MX
:59:    /Beneficiary Customer:
        /012910001408623713
        PROTEINAS Y OLEICOS SA DE CV
        EMPTY            XX           US
:71A:   /Details of Charges:
        OUR
        {ETX}
        AMI:HSTU13681940017290
        ECSA740883 08270651
        ECSA740883 08270651


        MESSAGE HISTORY SEQUENCE
        --------------------------
        MTA the owning bank is in timezone EDT (-03 hours). Priority: 3  Delivery ACK:
              REF_INDEX         REF #: 040827055555  27-AUG-2004 09:50:18.95
NYK           GMD_RCV           SEQ #: 438432 27-AUG-2004 09:50:18.94 Info:
1R30268B98DL
              SENDREFNDX        KEY: 13681940017290
NYK           GMDINQ            DEQ TEXT: 040827055555
              *ADR_ADM_LOG      ENQ TEXT:
              *SYS_MEMO         Cross-banked EAMI to MIA.
        * BEGIN DESTINATION (1)
            RTB: */
            DST: //////
        * END DESTINATION
NYK           MFE_OUTQ          DEQ TEXT: 040827055555
              ISOINQ            DBQ TEXT: 040827055555
NYK           MFE_MSGS          INTERFACE ID: 0122-000905  ITEM TYPE: ADM
                                SENDER REF: 040827055555
              *SYS_MEMO         CPD: BBK (B) Preservation: S/BCMRMXMM
              *SYS_MEMO         Credit party SBCMRMXMM substituted D/6290692210/
              *SYS_MEMO         Message checked by STOP filter - 27-AUG-2004 06:50:
22.14
              *SYS_MEMO         MATCH REF: ENT/3360(OFAC)
              *SYS_MEMO         PROTEINAS Y OLEICOS in BNP ADDRESS
              *SYS_MEMO         MATCH REF: ENT/3360(OFAC)
              *SYS_MEMO         PROTEINAS Y OLEICOS in FLD 59
              *SYS_MEMO         Multiple warnings - see history
              *SYS_MEMO         *MRH/*MR/MAP/   /Y/000ISO
              *MISC_DBT         MISC AMOUNT: 229138.93
SFO           *MISC_CDT         MISC AMOUNT: 229138.93
NYK           FUT_OFPQ          DEQ TEXT: 040827055555AMOUNT: 229138.93
              *SYS_MEMO         Moved to hold queue. NYKIMO 27-AUG-2004 06:57:14.79
NYK           OFP_WTDQ          ENQ TEXT: 040827055555AMOUNT: 229138.93
```

```
DEC.14'2004 09:44         FREEHILL & HOGAN              #4850 P.015
   AUG 31 2004 17:20 FR CLAIMS    201 974 3883 TO 917044090756    P.01/02
```

```
< < < MTF SYSTEM > > >NORMAL DELIVERY              OUTPUT SEQ # 1

DLVR TO

RCVD FROM BANKAMERICA EDI SERVICES 19640 1455 MARKET ST, 16TH FLOOR
SENDER'S DDA #
                                        *** Message: NOT TESTED. ***

TRN REF #: 040831-087138
------------------------------------------------------------------
     **** MESSAGE ENVELOPE ****            ( Bank : MIA )


SRC:ECS CALLER:                          EXT:    SND DATE:04/09/01
RPT#        AMT:33,539.43      CUR:USD                     TRDR#
TEST: {} VAL:04/09/01          TYP:FTR/  FNDS:S CHG:DB:N CD:N COM:N CBL:N
------------------------------------------------------------------
DBT D/19018406//                CDT D/SFD: 6290327353/     ADV:SWF
CARGILL DE MEXICO S. A. DE C.V. BANCO DEL BAJIO, S.A.
AV. PROLONGACION, PASEO DE LA   PASEO DEL MORAL NO 506
REFORMA, 1015 PUNTA SANTA FE, TORRE  LEON GUANAJUATO CP 37160
A P-3 DESARROLLO SANTA FE, MEXICO    MEXICO
SEND:V/ECBA                     BNF:/030215099609004011    CHG:O BK?N
BANKAMERICA EDI SERVICES 19640  PROTEINAS Y OLEICOS SA DE CV
1455 MARKET ST, 16TH FLOOR      EMPTY                    ZZ     US
SAN FRANCISCO, CALIFORNIA
SNDR REF NUM: 13737440017291
REF NUM: HETU137374400172
ORIG:
CARGILL DE MXICO, S. A. DE C. V.
AV PROLONGACION PASEO REFORMA 1015
MEXICO          DF             MX


                    SWIFT Message Text

Input time: GM:N4      Input sequence number:
      6/59
      Account not on file

Output time: XX: E     Output sequence number:
      6/
      Account not on file

Invalid Message Type                                (TYPE: .EC)

       ::103
:20:   /Transaction Reference Number:
       13737440017291
:23B:  /Type and Style of the Option:
       CRED
:32A:  /First Amount:
       Date: 04/09/01 33,539.43 USD
:50K:  /Ordering Customer:
       CARGILL DE MXICO, S. A. DE C. V.
       AV PROLONGACION PASEO REFORMA 1015
       MEXICO            DF             MX
```

DEC.14'2004 09:44          FREEHILL & HOGAN                    #4850 P.016
     AUG 31 2004 17:21 FR CLAIMS         201 974 3883 TO 917044890756   P.02/02

```
          /19018406//
          CARGILL DE MXICO, S. A. DE C. V.       C




:57A:    /Account With:
          S/BJIOMXML
          BANCO DEL BAJIO, S. A.
          COL. JARDINES DEL CAMPESTRE: 508. A
          V. MANUEL J. CLOUTHIER
          LEON, MX
:59:     /Beneficiary Customer:
          /030215099609004011
          PROTEINAS Y OLEICOS SA DE CV
          EMPTY                    ZZ              US
:71A:    /Details of Charges:
          OUR
          (ETX)
          AMI: HETU13737440017291
          ECSA745925  08311146
          ECSA745925  08311146


     MESSAGE HISTORY SEQUENCE
     -----------------------------------
MIA the owning bank is in timezone EDT (+03 hours).  Priority: 3  Delivery ACK:
         REF_INDEX              REF #: 040831087138  31-AUG-2004 14:45:14.79
NYK      QMD_RCV                SEQ #: 455089 31-AUG-2004 14:45:14.40 Info:
DADE4LM58G8B
         SENDREFNDX             KEY: 13737440017291
NYK      QMDINQ            DEQ TEXT: 040831087138
         *ADR_ADM_LOC      ENQ TEXT:
         *SYS_MEMO              Cross-banked EAMI to MIA.
* BEGIN DESTINATION (1)
    RTE: */
    DST: //////
* END DESTINATION
NYK      MFE_OUTQ          DEQ TEXT: 040831087138
         ISDINQ            DEQ TEXT: 040831087138
NYK      MFE_MSGS               INTERFACE ID: 0193-000615  ITEM TYPE: ADM
                                SENDER REF: 040831087138
         *SYS_MEMO              CPD: BBK (B) Preservation: S/BJIOMXML
         *SYS_MEMO              Credit party SBJIOMXML substituted D/6290327353/
         *SYS_MEMO              Message checked by STOP filter - 31-AUG-2004 11:45:
36.58
         *SYS_MEMO              MATCH REF: ENT/3360(OFAC)
         *SYS_MEMO              PROTEINAS Y OLEICOS in BNP ADDRESS
         *SYS_MEMO              MATCH REF: ENT/3360(OFAC)
         *SYS_MEMO              PROTEINAS Y OLEICOS in FLD 59
         *SYS_MEMO              Multiple warnings - see history
         *SYS_MEMO              *MRH/*MR/MAP/   /Y/***ISO
         *MISC_DBT              MISC  AMOUNT: 33539.43
SFO      *MISC_CDT              MISC  AMOUNT: 33539.43
NYK      FUT_QFPQ          DEQ TEXT: 040831087138AMOUNT: 33539.43
         *SYS_MEMO              Moved to hold queue. NYKQMC 31-AUG-2004 12:21:23.90
NYK      QFP_HLDQ          ENQ TEXT: 040831087138AMOUNT: 33539.43
         *MEMO                  NYKDDS 31-AUG-2004 FAXED
```

** TOTAL PAGE.02 **

DEC.14'2004 09:44                          FREEHILL & HOGAN                    #4850 P.017
SEP 15 2004 06:01 FR                                                  TO 917046025721    P.02

```
< < MTP SYSTEM > > >NORMAL DELIVERY                              OUTPUT SEQ # 1

DLVR TO

RCVD FROM BANCO DEL BAJIA S.A. DE C.V.(WANDA)PASEO DEL MORAL NO 506
SENDER'S DDA #
                                         *** Message: TESTED. ***

TRN REF #: 040915-100418
----------------------------------------------------------------------
         **** MESSAGE ENVELOPE ****              ( Bank : SFO )


SRC:WAN CALLER:                                    EXT:   SND DATE:04/09/15
RPT#         AMT:7,500.00            CUR:USD                   TRDR#
TEST: {} VAL:04/09/15                TYP:FTR/1000 FNDS:S CHG:DB:N CD:N COM:X CBL:N
----------------------------------------------------------------------
DBT D/6290327353/                    CDT A/NYK:021001088              ADV:FED
BANCO DEL BAJIO, S.A.                HSBC BANK USA
PASEO DEL MORAL NO 506               452 FIFTH AVEUNE
LEON GUANAJUATO CP 37160             NEW YORK, NEW YORK
MEXICO                               BNF:/001827081                   CHG:O BK?N
SEND:U/NCEA                          HEALY AND BAILLIE LLP ATTOTNEY T
BANCO DEL BAJIA S.A. DE C.V.(WANDA)  NEW YORK NY USA
PASEO DEL MORAL NO 506               120 BROADWAY NY NY   10271
COL.JARDINES DEL MORAL               ORIG TO BNF INFO:
LEON, GUANAJUATO 37160, MEXICO       HBV Y PROTEINAS JOH   JAG
SNDR REF NUM:040915393831
REF NUM:040915NCEA7373WW
ORIG:
PROTEINAS Y OLEICOS SA DE CV
CALLE 21 NO 317POR18 Y 20 LOCAL 4
MERIDA, YUCATAN
MEXICO C.P. 97288


                           Message Text
Customer Transfer                                    (TYPE: 100)

        BSF093542
        XX MTNA
        .NCEA MTP:100



        {STX}
        YZYZ
        FROM:/NA-NCEA
              BANCO DEL BAJIO S.A. DE C.V.
              PASEO DEL MORAL NO.506
              COL. JARDINES DEL MORAL
              LEON GUANAJUATO, MEXICO
        TO:   /NA-MTNA
              BANK OF AMERICA, BRANCH 6290
              CONCORD, CALIFORNIA USA
        DATE:040915

        ::100 CUSTOMER TRANSFER
        PLEASE PAY
```

```
:15 TEST KEY:{}

:20 SENDERS REF:040915393831
:30 VALUE DATE:040915 15SEP04
:32 AMOUNT:
USD 7,500.00 US DOLLAR

:50 ORIGINATOR:
PROTEINAS Y OLEICOS SA DE CV
CALLE 21 NO 317POR18 Y 20 LOCAL 4
MERIDA, YUCATAN
MEXICO C.P. 97288
:53D REIMBURSEMENT:/DD-62903-27353
BANCO DEL BAJIO S.A. DE C.V.
PASEO DEL MORAL NO.506
COL. JARDINES DEL MORAL
LEON GUANAJUATO, MEXICO
:57D PAY THRU://FW-021001088
HSBC
NEW YORK NY USA
:59 BENEFICIARY:/DD-001827081
HEALY AND BAILLIE LLP ATTOTNEY T
NEW YORK NY USA
120 BROADWAY NY NY  10271
:70 BENEF INFO:
HBV Y PROTEINAS JOH   JAG
:71 CHARGES TO:OUR
{ETX}
AMI:040915NCEA7373WWBB
GMDB6843 09151352


    MESSAGE HISTORY SEQUENCE
    ---------------------------------
SFO the owning bank is in timezone PDT (+00 hours).  Priority: 3   Delivery ACK:
        REF_INDEX          REF #: 040915100418   15-SEP-2004 13:52:03.21
        GMB_RCV            SEQ #: 93542 15-SEP-2004 13:52:03.14 Info:
AN3C9BN03PCK
        SENDREFNDX         KEY: 040915393831
        GMDINQ             DEQ TEXT: 040915100418
        *SYS_MEMO              Passed RAF CAP Authentication
        *ADR_ADM_LOG       ENQ TEXT:
* BEGIN DESTINATION (1)
    RTE: */
    DST: //////
* END DESTINATION
        MFE_OUTQ           DEQ TEXT: 040915100418
        ISOINQ             DEQ TEXT: 040915100418
        MFE_MSGS               INTERFACE ID: 0049-000556   ITEM TYPE: ADM
                               SENDER REF: 040915100418
        *SYS_MEMO              Message checked by STOP filter - 15-SEP-2004 13:52:
10.82
        *SYS_MEMO              MATCH REF: ENT/3360(OFAC)
        *SYS_MEMO              PROTEINAS Y OLEICOS in ORP ADDRESS
        *SYS_MEMO              MATCH REF: ENT/3360(OFAC)
        *SYS_MEMO              PROTEINAS Y OLEICOS in FLD 50
        *SYS_MEMO              Multiple warnings - see history
        *SYS_MEMO              *MRH/*MR/MAP/   /Y/$$$ISO
        *DDA_INQ_DBT           INQ_DBT  AMOUNT: 7500.00
NYK     SYSPRFBAL              PRF_INPROC_CDT  AMOUNT: 7500.00
```

** TOTAL PAGE.03 **

```
DEC.14'2004 09:45                 FREEHILL & HOGAN              #4850 P.019
DEC 06 2004 04:26 FR                                     TO 917046025721   P.01
```

Bank of America / Wire Transfer Query - WTQ / Transaction Text          Page 1 of 2



```
INPUT TEXT
BWX767158
XX MTNA
.NCEA MTP:100


{STX}
YZYZ
FROM:/NA-NCEA
BANCO DEL BAJIO S.A. DE C.V.
PASEO DEL MORAL NO.506
COL. JARDINES DEL MORAL
LEON GUANAJUATO, MEXICO
TO: /NA-MTNA
BANK OF AMERICA, BRANCH 6260
CONCORD, CALIFORNIA USA
DATE:041101

:100 CUSTOMER TRANSFER
PLEASE PAY

:15 TEST KEY:

:20 SENDERS REF:041101407353
:30 VALUE DATE:041103 01NOV04
:32 AMOUNT:
USD 8,170.00 US DOLLAR

:50 ORIGINATOR:          ←
PROTEINAS Y OLEICOS SA DE CV
CALLE 21 NO 317POR18 Y 20 LOCAL 4
MERIDA, YUCATAN
MEXICO C.P. 97288
:53D REIMBURSEMENT:/DD-62903-27353
BANCO DEL BAJIO S.A DE C.V.
PASEO DEL MORAL NO.506
COL. JARDINES DEL MORAL
LEON GUANAJUATO, MEXICO
:57D PAY THRU://FW-044000037
BANK ONE
COLUMBUS OHIO
:59 BENEFICIARY:/DD-43271-1862
DURALOY TECHNOLOGIES INC
COLUMBUS OHIO
:71 CHARGES TO:OUR
{ETX}
AMI:041101NCEA6485WWBB
GMDB2136 11011409
```

DEC.14'2004 09:45         FREEHILL & HOGAN         #4850 P.020
DEC 06 2004 04:27 FR                               TO 917046025721    P.02

Bank of America / Wire Transfer Query - WTQ / Transaction Detail         Page 1 of 2



**transaction detail**      trn search    trn summary    trn text    trn history    trn destination

**THIS IS A COMPLETED PAYMENT**                              **TRANSACTION DETAIL**
| RGWP1 | WTX | SFO | 20041101 - 00152941 |

| SRC | ADV | CUR | AMOUNT | REPETITIVE ID | CALLER |
|---|---|---|---|---|---|
| WAN | LTR | USD | 8,170.00 | | |
| SRC TYPE | ADV TYPE | FNDS | VALUE OR DUE DATE | CHG: | DB  CD  COM  CBL |
| FTR / 100 | | S | 041101 | | N   N   X   N |
| CREATE TIME | | | PAYMENT/MESSAGE? | PYMT DIRECTION | CANCELED PYMT? |
| 041101 - 17:10:23.97 | | | PAYMENT | BOOK | N |
| FED IMAD - INBOUND | | | FED IMAD - OUTBOUND | | |

**DEBIT INFO**
DBT: D / 006290327353
DEBIT VAL: 041101
BANCO DEL BAJIO, S.A.
PASEO DEL MORAL NO 506
LEON GUANAJUATO CP 37160
MEXICO
SEND: U / NCEA
BANCO DEL BAJIA S.A. DE C.V.(WANDA)
PASEO DEL MORAL NO 506
COL.JARDINES DEL MORAL
LEON, GUANAJUATO 37160, MEXICO
SNDR REF NUM: 041101407355

ORDERING BANK:
/

ORDERING BANK REF. NUM: 041101NCEA6496WW
ORIG: /
PROTEINAS Y OLEICOS SA DE CV    ←
CALLE 21 NO 317 POR 18 Y 20 LOCAL 4
MERIDA, YUCATAN

**CREDIT INFO**
CDT: D / NYK:006550600078
CREDIT VAL: 041101
MONEY TRANSFER "OFAC PENDING AC"
4TH FLR JEAN NICASTRO
100 WEST 33RD STREET
NEW YORK, NEW YORK 10001 10048
INTERMEDIARY BANK: /

BNF BANK: A / NCX:044000037          WIR:
BANK ONE, N.A.
COLUMBUS, OHIO
43081

BNF: / 49271-1862          CHG: O     BK? N
DURALOY TECHNOLOGIES INC
COLUMBUS OHIO

DEC.14'2004 09:45                          FREEHILL & HOGAN                    #4850 P.021
DEC 06 2004 04:27 FR                                              TO 917046025721        P.03

Bank of America / Wire Transfer Query - WTQ / Transaction Detail                Page 2 of 2

MEXICO C.P. 97208
ORIG. REF. NUM:
BANK TO BANK INFO:                         ORIG. TO BENEFICIARY:

                                           ADVICE INSTRUCTIONS:

Home | Help | About | Log-off
WIRE TRANSFER QUERY (WTQ)
Bank of America Corporation - Global Treasury Services
Copyright © 2002-4. All rights reserved. Patents Pending.

https://wta.bankofamerica.com/WTQ/WTQServlet                              12/6/2004
                                                                      ** TOTAL PAGE.03 **