

December 23, 2004

**Via Facsimile 212.487.0354
and First Class Mail**

Jack Greenbaum, Esq.
HEALY & BAILLIE, LLP
61 Broadway
New York, New York 10006

Re: HBC Hamburg Bulk Carriers GmbH & Co. KG
v. Proteinas y Oleicos S.A. de C.V.,
U.S. District Court, Southern District of New York,
Case No. 04 Civ. 6884 (NRB)

Dear Mr. Greenberg:

Confirming our telephone conversation of December 22, 2004, it is my understanding the funds of 7 separate wire transfers, which Bank of America, N.A. is presently holding pursuant to the court-ordered Process of Maritime Attachment and Garnishment and pertaining to your client, Proteinas y Oleicos S.A. de C.V., have been placed by Bank of America, N.A. in an interest-bearing suspense account located at the Bank of America Control Center, 121 Moore-Hopkins Lane, Columbia, South Carolina 29210. The balance held as of December 21, 2004 is U.S.$462,292.26.

I trust this will suffice for your purposes.

Very truly yours,

Mark F. Borowski
Assistant Vice President;
Paralegal
646.313.8139

cc: Lawrence Khan, Esq.
FREEHILL HOGAN & MAHAR LLP
80 Pine Street, 24th Floor
New York NY 10005-1759

Enclosures
Doc.#00709870

*** TOTAL PAGE.01 ***