

Download a printable version of the Ar
Download a printable supplement on the FleetBc

SEARCH THE 2003 ANNUAL REPORT

Search

| CHAIRMAN'S LETTER | CFO'S LETTER | RAISING THE BAR | FINANCIAL REVIEW | OFFICERS & DIRECTORS | CORPORATE |

# 2003 Annual Report: Corporate Information

## Corporate Information

Bank of America Corporation and Subsidiaries

### Headquarters

The principal executive offices of the Bank of America Corporation (the Corporation) are located in the Bank of America Corporate Center, Charlotte, NC 28255.

### Shareholders

The Corporation's common stock is listed on the New York Stock Exchange and the Pacific Stock Exchange under the symbol BAC. The Corporation's common stock is also listed on the London Stock Exchange, and certain shares are listed on the Tokyo Stock Exchange. The stock is typically listed as BankAm in newspapers. As of February 25, 2004, there were 225,801 record holders of the Corporation's common stock.

The Corporation's annual meeting of shareholders will be held at 10 a.m. EST on May 26, 2004, in the Belk Theater of the North Carolina Blumenthal Performing Arts Center, 130 North Tryon Street, Charlotte, North Carolina.

For general shareholder information, call Jane Smith, shareholder relations manager, at 1.800.521.3984. For inquiries concerning dividend checks, the SharesDirect dividend reinvestment plan, electronic deposit of dividends, tax information, transferring ownership, address changes or lost or stolen stock certificates, contact Mellon Investor Services LLC, P.O. Box 3315, South Hackensack, NJ 07606-1915; call Bank of America Shareholder Services at 1.800.642.9855; or visit the Shareholders area of the Bank of America Web site.

Analysts, portfolio managers and other investors seeking additional information should contact Kevin Stitt, investor relations executive, at 1.704.386.5667 or Lee McEntire, investor communications manager, at 1.704.388.6780.

Visit the Investor Relations area of the Bank of America Web site. In the the Shareholders area are stock and dividend information, financial news releases, links to Bank of America SEC filings and other material of interest to the

Corporation's shareholders.

## Annual Report on Form 10-K

The Corporation's 2003 Annual Report on Form 10-K is available on the Bank of America Web site. The Corporation also will provide a copy of the 2003 Annual Report on Form 10-K (without exhibits) upon written request addressed to:

Bank of America Corporation
Shareholder Relations Department
NC1-007-23-02
100 North Tryon Street
Charlotte, NC 28255

## Customers

For assistance with Bank of America products and services, call 1.800.900.9000, or visit the main Bank of America Web site.

## News Media

News media seeking information should visit the Newsroom area of the Bank of America Web site for news releases, speeches and other material relating to the Corporation, including a complete list of the Corporation's media relations specialists grouped by business specialty or geography.

© 2004 Bank of America Corporation. All rights reserved.

Consumers
Product Innovation
Wealth Management
Small Business
Middle Market
Large Companies and Institutions
Neighborhood Excellence