# PROTEINAS Y OLEICOS S.A. DE C.V.

Mérida, Yucatán a 30 de Julio 2003

A quien corresponda:

Por medio de la presente me dirijo a usted para informarle que apartir del 1 de Agosto del año en curso podrá realizar sus depósitos en PROTEINAS Y OLEICOS S.A. DE C.V. en las siguientes cuentas:

## VIA TRANSFERENCIA USA

Banco Corresponsal: JP Morgan Chase Bank
Plaza:              New York, New York,
ABA:                021 000 021
Banco Beneficiario: BBVA BANCOMER MEXICO
Beneficiario:       PROTEINAS Y OLEICOS S.A. de C.V.
Cuenta:             0014086237-1
Plaza:              Mérida, Yucatán
Suc.:               0855

404/7270 ?
MERIDA

## VIA DEPOSITO DOLARES

Banco:         BBVA-BANCOMER
Plaza:         Mérida, Yucatán
Beneficiario:  PROTEINAS Y OLEICOS S.A. DE C.V.
Cuenta:        014086237-1
Sucursal:      0855

## CTAS EN MONEDA NACIONAL BANJERCITO MERIDA

Beneficiario:  PROTEINAS Y OLEICOS S.A. DE C.V.
Banco:         BANJERCITO
Plaza:         Mérida, Yucatán
Cuenta:        0010101834-7
Clabe:         0199100010101834?9
Sucursal:      010

## CTAS EN MONEDA NACIONAL BANORTE

Beneficiario:  PROTEINAS Y OLEICOS S.A. DE C.V.
Banco:         BANORTE S.A. DE C.V.
Plaza:         Mérida, Yucatán
Cuenta:        0015652569-1
Clabe:         072910001565256911
Sucursal:      Tecnológico ?

No. 317 Int. 4 Altos Ciudad Industrial x 18 y 20 Mérida, Yucatán C.P. 97?

Ex A

# PROTEINAS Y OLEICOS S.A. DE C.V.

## CTAS EN MONEDA NACIONAL BANJERCITO MÉXICO

| | |
|---|---|
| Beneficiario: | PROTEINAS Y OLEICOS S.A. DE C. V. |
| Banco: | BANJERCITO |
| Plaza: | Mérida, Yucatán |
| Cuenta: | 0010101835-5 |
| Clabe: | 019910001010183550 |
| Sucursal: | 010 |

## CTAS EN MONEDA NACIONAL BANCOMER

| | |
|---|---|
| Beneficiario: | PROTEINAS Y OLEICOS S.A. DE C.V |
| Banco: | BBV-BANCOMER |
| Plaza: | Mérida, Yucatán |
| Cuenta: | 0140705241 |
| Sucursal: | 0853 |
| Clabe: | 012910001407052411 |

*MER*

## VIA TRANSFERENCIAS EN USD BAJIO

| | |
|---|---|
| Banco Corresponsal: | BANK OF AMERICA NT & S A |
| Plaza: | CONCORD, CALIFORNIA |
| Cuenta: | 62903-27353 |
| ABA: | 121000358 |
| Beneficiario: | BANCO DEL BAJIO, S. A. DE C. V. |
| FOR FURDER CRÉDITO ( FFC ): | |
| Beneficiario: | PROTEINAS Y OLEICOS S.A. de C. V. |
| Cuenta: | 09960900401 |
| Plaza: | 011 |
| Suc. | CELAYA |

*BAJIO*

## VIA DEPOSITO DLLS. EN BAJIO

| | |
|---|---|
| Banco: | BANCO DEL BAJIO S.A. DE C. V. |
| Plaza: | CELAYA GTO |
| Beneficiario: | PROTEINAS Y OLEICOS S.A. DE C. V. |
| Cuenta: | 09960900401 |
| Sucursal: | 011 |

10 21 No. 317 Int.4 Altos Ciudad Industrial x 18 y 20 Mérida, Yucatán C.P. 9720

NOV 12 '04 09:55 FR CARGILL LAW DEPT    612 742 1013 TO 912124870354    P.04/04

04.31    M199330771
/03 12:00    0164102020--2217    HVSA:4    PAGE

# PROTEINAS Y OLEICOS S.A. DE C.V.

### CTAS EN MONEDA NACIONAL BAJIO

| | |
|---|---|
| Beneficiario: | PROTEINAS Y OLEICOS S.A. DE C.V. |
| Banco: | BANCO DEL BAJIO |
| Plaza: | CELAYA, GTO. |
| Cuenta: | 09960900201 |
| Sucursal: | 011 |
| Clabe: | 030215099609002011 |

ATENTAMENTE

CP. DANIEL HERNANDEZ CANTO
GTE. CORPORATIVO DE CREDITO Y COBRANZA

21 No. 317 Int.4 Altos Ciudad Industrial x 18 y 20 Mérida, Yucatán C.P. 97

OCT 07 '04 16:07

PAGE.002

** TOTAL PAGE.04 **