## AFFIDAVIT OF SERVICE BY MAIL

ECF -CASE No. 04 Civ. 6884 (NRB)

STATE OF NEW YORK  )
                   ) ss.:
COUNTY OF NEW YORK)

KARL V. REDA, being duly sworn, deposes and says:

1. That deponent is not a party to this action and is over 18 years of age.

2. On December 27, 2004, deponent served true copies of the within Notice of Motion to Vacate PMAG and Memorandum of Law in Support upon Freehill, Hogan & Mahar, 80 Pine Street, New York, New York 10005 by depositing true copies thereof, securely enclosed in first class postpaid wrapper, in a post office box regularly maintained by the United States Government, in the City, County and State of New York, directed to the above at their address, that being the address designated by them for that purpose upon the following preceding papers in this action.

_____
Karl V. Reda

Sworn to before me this
27th day of December , 2004

_____
NOTARY PUBLIC

ELAINE BONOWITZ
Notary Public, State Of New York
No. 43-4893320
Qualified In Richmond County
Commission Expires May 11, 20__

270527.3