# EXHIBIT 3

**FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
IN ADMIRALTY

JAN 0 7 2005

LARRY W. PROPES, CLERK
COLUMBIA, SC

| | |
|---|---|
| HBC HAMBURG BULK CARRIERS GMBH & CO. KG, | ) )  C.A. No. 3 05-0034-24 |
| Plaintiff, | ) ) ) |
| v. | ) ) ) |
| PROTEINAS U OLEICOS S.A. DE C.V., | ) ) |
| Defendant. | ) ) ) |

## PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT

THE PRESIDENT OF THE UNITED STATES OF AMERICA

To the MARSHAL of the UNITED STATES DISTRICT COURT, DISTRICT OF SOUTH CAROLINA, GREETINGS:

WHEREAS a Verified Complaint has been filed in the United States District Court, for the District of South Carolina, Columbia Division, on the 5th day of January, 2005 and styled:

HBC HAMBURG BULK CARRIERS GMBH & CO. KG,

Plaintiff,

-against-

PROTEINAS Y OLEICOS S.A. DE C.V.,

Defendant.

in a certain action for amounts due Plaintiff from Defendant PROTEINAS Y OLEICOS S.A. DE C.V. in connection with a claim for breach of a maritime contract of

A TRUE COPY
Attest: Larry W. Propes
By: _____
DEPUTY CLERK

{00647759.}                              1

affreightment, and praying for Process of Maritime Attachment and Garnishment against the said Defendant in the amount of $1,590,408.11; and,

WHEREAS, this Process is issued pursuant to such prayer and requires that a garnishee shall serve his Answer, together with answers to any Interrogatories served with the Verified Complaint, within 20 days after service of process upon him and requires that Defendant shall serve its Answer(s) within 30 days after process has been executed, whether by attachment of property or service on the garnishees or arrest of property within the possession of the garnishees.

NOW, THEREFORE, we do hereby command you that if the said Defendant cannot be found within the District, you attach all assets, cash, funds, credits, wire transfers, accounts, letters of credit, freights, sub-freights, charter hire, sub-charter hire, or any other assets of belonging to, due or being transferred for the benefit of the said Defendant, including but not limited to any such assets as may be in the possession, custody or control of, or being transferred through, any or all of the following garnishees:

> Bank of America N.A.
> Bank of America Control Center
> 121 Moore-Hopkins Lane
> Columbia, SC 29210

including but not limited to such assets as may be in or being transferred to an account of, or for the benefit of, the Defendant PROTEINAS Y OLEICOS S.A. DE C.V. in the said Bank of America N.A., together with any such assets as may be held by any other garnishee(s) on whom a copy of this Order of Attachment may be served, and that you seize them and promptly after execution of this process, file the same in this Court with your return thereon.

{00647759.}                                2

WITNESS, the Honorable Judge _Seymour_, United States District Judge of said Court, this _7_ day of January, 2005, and of our Independence the two hundred and twenty-ninth.

                                        Larry W. Propes, Clerk
                                        United States District Court
                                        District of South Carolina

                                        By: _____
                                                    Deputy Clerk

NOTE: This process is issued pursuant to Rule B(1) and Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.