# EXHIBIT 4

Case 1:04-cv-06884-NRB  Document 13-5  Filed 01/18/2005  Page 1 of 3

ORIGINAL FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION
IN ADMIRALTY

JAN 1 1 2005
LARRY W. PROPES, CLERK
CHARLESTON, SC

| | |
|---|---|
| HBC HAMBURG BULK CARRIERS GMBH & CO. KG, | ) ) C.A. No. 3 05-0034-24 |
| Plaintiff, | ) ) ) |
| v. | ) AFFIDAVIT OF SERVICE ON ) BANK OF AMERICA N.A. |
| PROTEINAS U OLEICOS S.A. DE C.V., | ) ) ) |
| Defendant. | ) ) ) |

NOW COMES Myra E. Jones, Paralegal, who, after being duly sworn, deposes and says as follows:

1. I am over the age of eighteen years.

2. I am a paralegal employed by Buist Moore Smythe McGee, P.A.

3. On January 7, 2005, at 2:55 p.m., I did personally serve the following pleadings in the above matter on an agent for Bank of America N.A., James M. Anderson, Senior Vice President, Banking Group Operations, in his office located at 121 Moore-Hopkins Lane, Columbia, SC, 29210:

    a.    Summons and Verified Complaint;

    b.    Process of Maritime Attachment and Garnishment;

c. Order Directing Issuance of Process of Maritime Attachment and Garnishment;

d. Order Appointing Special Process Server; and

e. Interrogatories to Garnishee Bank of America N.A.

FURTHER AFFIANT SAYETH NOT.

_____
Myra E. Jones
Buist Moore Smythe McGee P.A.
P. O. Box 999
Charleston, SC 29402

SWORN to before me this
___11___ day of _January_, 2005

_____
Notary Public for South Carolina
My Commission Expires: 5-24-2010

{00648833.}                                    2