STATE OF NEW YORK           :
                            : ss.:
COUNTY OF NEW YORK          :

       Sandra M. McSorley, being duly sworn, deposes and says:  deponent is not a party to the action, is over 18 years of age and resides at 80 Pine Street, New York, New York 10005. On January 18, 2005 deponent served the within Affirmation of Michael E. Unger in Support of Plaintiff's Memorandum of Law in Opposition to Defendant's Motion to Vacate Attachments upon:

        Healy & Baillie, LLP
        61 Broadway
        New York, NY  10006-2834
        Attention Jack A. Greenbaum, Esq.

       the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in a post office official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

                                                             Sandra M. McSorley

Sworn to before me on the
18th Day of January 2005

_____
NOTARY PUBLIC

GLORIA J. REGIS HOSEIN
Notary Public, State of New York
No. 01RE60... Qualified in Kings County
Certificate ... New York County
Commission Expires October 22, 2005

NYDOCS1/231358.1                               3