01/04/2005 11:00 FAX 212 793 9089     CITIGROUP INTL                      ☒003
01/04/05   08:53 FAX 718 831 5911     INTERBANK COMPENSATION              ☒002

```
ORK CLUSTER : NOT US  2                    TXN REPAIR          04-JAN-05  08:26:06   Page 1 of 1
CTION:         KEY: LCK-5004-00503-00   MSG TYPE: UNST   WC: 10      RQST PRIO: 1    ActualPrio: 1    TP REPAIR
Val:01/04/05      RqstMOP:       RqstAdv:          BypeCrSpInstr:N   AdvAddr:BCMRMXMM           TP Rep Cnt: 1
Chg:S    BeneChg:N  CredChg:N      Sender Org:  3       OFACOvr:
Amt:      $333,414.53  XfrTyp:TRF SRef:D36445555435     BRef:              ┌─── Debit Party ────┐
Ccy:USD   FX Rate:           Mult/Div:            Priority:N            Dr D/36983352
FA SwiftAuthKey:           Legal Entity: NY          PayTime:  :         UNILEVER DE MEXICO S DE RL DE CV     OBK
/AL DATE: 01/04/05                                                       MONTE ELBRUZ NO 124 PISO 6            MOP:DDA
SRC: C/T   PURPOSE: TRF  SENDER REF: D36445555435       BNF REF:         COL PALMITAS POLCANO                  WC: 007
                                                                         MEXICO D.F. MEXICO 1160               DrAC:

ROLE: ORG   MOP: UNDF  MOA: NOT SPEC                                     Is this sender party? Y    DrAUTH:
ID:   X/36983352
NAME: UNILEVER DE MEXICO, S. DE R.L.                                    ┌─── Credit Party ───┐
ADDR: MONTE ELBRUZ NO. 124 PISO 8      COL. PALMITAS POLANCO             Cr D/10932792                         BBK
                                                                         BBVA BANCOMER S.A.                    MOP:DDA
                                                                         LIC CARLOS DE OVANDO   DIV INTL       Adv:SWI
ROLE: OGB   MOP: DDA   MOA: NOT SPEC                                     AV UNIVERSIDAD NO 1200                WC: 007
ID:   D/36983352                                                         03339 MEXICO D.F.                     CrAC:
NAME: UNILEVER DE MEXICO S DE RL DE CV...                                                                      FStyp:
ADDR: MONTE ELBRUZ NO 124 PISO 8........  COL PALMITAS POLCANO..........
      MEXICO D.F. MEXICO 1160     ......  .............................
                                                                         3rd /                                 Adv:
ROLE: BBK   MOP: DDA   MOA: SWIFT
ID:   D/10932792
NAME: BBVA BANCOMER S.A.................
ADDR: LIC CARLOS DE OVANDO   DIV INTL....  AV UNIVERSIDAD NO 1200........  ? Bnf X/0101348504                  Adv:
      03339 MEXICO D.F...............      ............................    PROTEINAS Y OLEICOS SA DE CV       Type: N
                                                                                                              BNF
ROLE: BNF   MOP: UNDF  MOA: NOT SPEC
ID:   X/0101348504
NAME: PROTEINAS Y OLEICOS SA DE CV
ADDR:

┌──────────────────────────────┐  ┌──────────────────────────────┐
│ BOI                          │  │ Orig Bank Corr               │
│                              │  │ /                            │
│                              │  │                              │  ┌─────────────────────────┐
│                              │  │                              │  │ Org X/36983352          │
│                              │  │                              │  │ UNILEVER DE MEXICO, S. DE R.L. │
│                              │  │                              │  │ MONTE ELBRUZ NO. 124 PISO 8 │
│                              │  │                              │  │ COL. PALMITAS POLANCO   │
│ OBI  PAYMENT BY UNILEVER DE MEXICO │  │ Bene's Bank      Adv:  │  │                         │
│                              │  │ /                            │  │ OBK /                   │
└──────────────────────────────┘  └──────────────────────────────┘  └─────────────────────────┘

OFAC hit
THE ERROR(S) FOUND ARE ONLY WARNINGS
```

*Handwritten:*
TO: MARY MIHALIK
    SUE BISTRAM

```
01/04/2005 11:00 FAX 212 793 9089        CITIGROUP INTL                    ☑002
  01/04/05  08:53 FAX 718 831 5911       INTERBANK COMPENSATION            ☑001
```

```
ORK CLUSTER : NOT US  2                TXN REPAIR           04-JAN-05  06:24:04  Page 1 of 1
TION:       KEY: LCK-S004-00501-00  MSG TYPE: UNST   WC: 10   RQST PRIO: !.   ActualPrio: 1   TP REPAIR
Val:01/04/05      RqstMOP:           RqstAdv:      BypsCrSpInstr:N  AdvAddr BCMRMXMM          TP Rep Cnt: 1
Chg:S   BeneChg:N  CredChg:N   Sender Org:  3     OFACOvr:
Amt:       $601,551.28 XfrTyp:TRF  SRef:D38445541133  BRef:
Ccy:USD    PX Rate:         Mult/Div:                Priority:N
FA SwiftAuthKey:           Legal Entity:  NY        PayTime:  :
AL DATE: 01/04/05
RC: C/T  PURPOSE: TRF  SENDER REF: D38445541133     BNF REF:
```

— Debit Party —
Dr D/36983352
UNILEVER DE MEXICO S DE RL DE CV    OBK
MONTE ELBRUZ NO 124 PISO 8          MOP:DDA
COL. PALMITAS POLCANO               WC: 007
MEXICO D.F. MEXICO 1180             DrAC:

Is this sender party? Y    DrAUTH:

```
ROLE: ORG   MOP: UNDF   MOA: NOT SPEC
ID:  X/36983352
NAME: UNILEVER DE MEXICO, S. DE R.L.
ADDR: MONTE ELBRUZ  NO. 124 PISO 8      COL. PALMITAS POLANCO
```

— Credit Party —
Cr D/10932792                       BBK
BBVA BANCOMER S.A.                  MOP:DDA
LIC. CARLOS DE OVANDO   DIV INTL    Adv:SWI
AV UNIVERSIDAD NO 1200              WC: 007
03339 MEXICO D.F.                   CrAC:
                                    FStyp:

```
ROLE: OGB   MOP: DDA    MOA: NOT SPEC
ID:  D/36983352
NAME: UNILEVER DE MEXICO S DE RL DE CV...
ADDR: MONTE ELBRUZ NO 124 PISO 8........   COL PALMITAS POLCANO..............
      MEXICO D.F. MEXICO 1180 .......     ................................

ROLE: BBK   MOP: DDA    MOA: SWIFT
ID:  D/10932792
NAME: BBVA BANCOMER S.A..............
ADDR: LIC CARLOS DE OVANDO   DIV INTL...   AV UNIVERSIDAD NO 1200............
      03339 MEXICO D.F..............       ................................
```

3rd /                                    Adv:

? Bn/ X/0101348504                       Adv:
PROTEINAS Y OLEICOS SA DE CV             Type: N
                                         BNF

```
ROLE: BNF   MOP: UNDF   MOA: NOT SPEC
ID:  X/0101348504
NAME: PROTEINAS Y OLEICOS SA DE CV
ADDR:
```

BBI

Orig Bank Corr
/

Org X/36983352
UNILEVER DE MEXICO, S. DE R.L.
MONTE ELBRUZ  NO. 124 PISO 8
COL. PALMITAS POLANCO

OBI    PAYMENT BY UNILEVER DE MEXICO

Bene's Bank   Adv:
/

OBK   /

OFAC hit
THE ERROR(S) FOUND ARE ONLY WARNINGS

TO: MARY MIHALIK
SUE BISSNAN