UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
HBC HAMBURG BULK CARRIERS GMBH          :
& CO. KG,
                                        :
            Plaintiff,
                                        :
      - against -
                                        :
PROTEINAS Y OLEICOS S.A. DE C.V.,
                                        :
            Defendant.
                                        :
----------------------------------X

```
┌──────────────────────────────────┐
│ USDC SDNY                         │
│ DOCUMENT                          │
│ ELECTRONICALLY FILED              │
│ DOC #: _____           │
│ DATE FILED: __6/13/05__           │
└──────────────────────────────────┘
```

**O R D E R**

04 Civ. 6884 (NRB)

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

   **WHEREAS** there are no further steps that can be taken in this
action until there is a resolution of the underlying arbitration
which is pending in London; it is hereby

   **ORDERED** that this case be placed on the suspense docket of
this Court; and it is further

   **ORDERED** that counsel will apprise the Court every ninety
(90) days of the status of the arbitration; and it is further

   **ORDERED** that either party may request that the case be
restored to the active docket of the Court.


Dated:    New York, New York
          June 10, 2005

                                        _____
                                        NAOMI REICE BUCHWALD
                                        UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

Counsel for Plaintiff
Jeremy Harwood
Jack Greenbaum
Jana Byron
Healy & Baillie, LLP
61 Broadway
New York, NY 10006-2701

Counsel for Defendant
Michael Unger
Lawrence Kahn
Freehill Hogan & Mahar, LLP
80 Pine Street
New York, NY 10005-1759