**MEMO ENDORSED**

LAW OFFICES OF
# FREEHILL HOGAN & MAHAR LLP
80 PINE STREET
NEW YORK, N.Y. 10005-1759

TELEPHONE (212) 425-1900
FACSIMILE (212) 425-1901
E-MAIL: reception@freehill.com
www.freehill.com

GEORGE B. FREEHILL
WILLIAM L. JUSKA, JR.
JAMES L. ROSS*
ERIC E. LENCK
JOHN J. WALSH*
PATRICK J. BONNER*
PETER J. GUTOWSKI
MARK F. MULLER
WAYNE D. MEEHAN*
DON P. MURNANE, JR.◊
THOMAS M. RUSSO
THOMAS M. CANEVARI¹
MICHAEL FERNANDEZ*
JOHN F. KARPOUSIS*△
MICHAEL E. UNGER*¹
WILLIAM J. PALLAS*
GINA M. VENEZIA*△
BARBARA G. CARNEVALE*
MANUEL A. MOLINA
LAWRENCE J. KAHN*
JUSTIN T. NASTRO*
PAMELA L. SCHULTZ*◊
DANIEL J. FITZGERALD*¹△
JILL A. TAFT
MICHAEL C. ELLIOTT*

* ALSO ADMITTED IN NEW JERSEY
¹ ALSO ADMITTED IN CONNECTICUT
△ ALSO ADMITTED IN WASHINGTON, D.C.
◊ ALSO ADMITTED IN LOUISIANA

NEW JERSEY OFFICE
850 BERGEN AVENUE
JERSEY CITY, N.J. 07306
TELEPHONE (973) 623-5514
FACSIMILE (973) 623-3813

CONNECTICUT OFFICE
23 OLD KINGS HIGHWAY SOUTH
DARIEN, CT 06820-4538
TELEPHONE: (203) 921-1913
FACSIMILE (203) 358-8377

August 4, 2006

OUR REF: 323-04/MEU

*VIA FACSIMILE: (212) 805-7927*

The Honorable Naomi R. Buchwald
United States District Judge
United States District Court
Southern District of New York
United States District Court House
500 Pearl Street
New York, NY 10007

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 8/9/06]

Re:   HBC Hamburg Bulk Carriers GmbH & Co. KG
      v. Proteinas y Oleicos S.A. de C.V.
      04 CIV 6884 (NRB)

Dear Judge Buchwald:

   We are the attorneys for Plaintiff HBC Hamburg Bulk Carriers GmbH & Co. KG ("HBC") in this maritime action in which the Court issued an Order on July 17, 2006 directing the Clerk to transfer funds to Freehill, Hogan & Mahar, LLP on behalf of our client HBC. A copy of the Court's Order is attached for ready reference. The Order required the Clerk to wire transfer the funds. We were advised by the Clerk that wire transfer is not possible. Accordingly, the Clerk issued a check which, unfortunately, was made payable to HBC and not to Freehill, Hogan & Mahar, LLP.

   We have been advised by the Clerk that in order to reissue the check payable to Freehill, Hogan & Mahar, LLP, a further order is required amending the July 17, 2006 Order wire transfer instructions. We respectfully therefore request Your Honor "So Order" a copy of this

*So Ordered.*
[signature: Naomi Reice Buchwald]
8/8/06

NYDOCS1/266493.1

August 4, 2006
Page 2

correspondence and Order the Clerk of the Court to issue a check in the amount of $287,860.80 payable to Freehill, Hogan & Mahar, LLP,

    We thank the Court for its courtesy and assistance in connection with this matter.

                              Respectfully,
                              FREEHILL HOGAN & MAHAR LLP

MEU:smm                         Michael E. Unger

*VIA FACSIMILE 212 425-0131*
Healy & Baillie, LLP
Attention Jeremy J.O. Harwood, Esq.

NYDOCS1/266493.1

                    FREEHILL, HOGAN & MAHAR LLP